# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 1 PETITION OF KATHERINE R. CARPENTER, ANDREA G. CAUBLE, AND JESSICA M. NEFF FOR A RECOUNT OF THE ELECTION OF UWCHLAN 1 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263 | : : : : : : : : : : : : : | No. 20 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: KATHERINE R. CARPENTER, ANDREA G. CAUBLE, AND JESSICA M. NEFF | : : : | |
| IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 3 PETITION OF CARRIE D. GROSS, SANDRA OYOLA, AND MARSHA BROFKA-BERENDS FOR A RECOUNT OF THE ELECTION OF UWCHLAN 3 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263 | : : : : : : : : : : : : : | No. 21 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: CARRIE D. GROSS, SANDRA OYOLA, AND MARSHA BROFKA-BERENDS | : : : | |
| IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 4 PETITION OF MARISA NORMA PEREYRA, KATHERINE J. FARNUM, AND MICHAEL A. FARNUM FOR A RECOUNT OF THE ELECTION OF UWCHLAN 4 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263 | : : : : : : : : : : : : : : | No. 22 MAL 2022<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |

PETITION OF: MARISA NORMA PEREYRA, KATHERINE J. FARNUM AND MICHAEL A. FARNUM

IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 5 PETITION OF MARGARET L. QUINN, BARBARA L. PHILLIPS, AND HUGH N. O'DONNELL FOR A RECOUNT OF THE ELECTION OF UWCHLAN 5 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263

: No. 23 MAL 2022

: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

PETITION OF: MARGARET L. QUINN, BARBARA L. PHILLIPS, AND HUGH N. O'DONNELL

IN RE: ELECTION IN REGION 4 FOR DOWNINGTOWN SCHOOL BOARD PRECINCT UWCHLAN 9 PETITION OF SUSAN R. MORGAN, BRANDYN C. MULLER CAMPBELL AND DIANE W. O'DWYER FOR A RECOUNT OF THE ELECTION OF UWCHLAN 9 PURSUANT TO THE ELECTION CODE 25 P.S. 3261, 25 P.S. 3031.18(1) AND 25 P.S. 3263

: No. 24 MAL 2022

: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court

PETITION OF: BRANDYN C. MULLER CAMPBELL AND DIANE W. O'DWYER

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 23rd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.

[20 MAL 2022, 21 MAL 2022, 22 MAL 2022, 23 MAL 2022 and 24 MAL 2022] - 2